UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK A. SCHIEFELBEIN,

    Petitioner,                                    Civil Action No. 3:11-CV-00066

vs.                                              HON. BERNARD A. FRIEDMAN

KEVIN HAMPTON,

    Respondent.
_____/

## **JUDGMENT**

The Court has issued an opinion and order in this matter denying petitioner's application for a writ of habeas corpus. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner.

                                                      LYNDA M. HILL
                                                      CLERK OF COURT

                                                      By: s/Julie Owens
                                                           Deputy Clerk

Approved: s/Bernard A. Friedman
             BERNARD A. FRIEDMAN
             SENIOR U.S. DISTRICT JUDGE
             SITTING BY SPECIAL DESIGNATION